SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff;<br><br>    v.<br><br>Seung Dal Hwang, et al,<br><br>        Defendants. | Case No. **2:12-cv-02056-MCE-JFM**<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendants Seung Dal Hwang; Ock Jin Hwang**<br><br>Case to Remain Open with Remaining Defendants |

    IT IS HEREBY ORDERED THAT Defendants, Seung Dal Hwang and Ock Jin Hwang, are hereby DISMISSED WITH PREJUDICE. This case is to remain open with remaining Defendants.

    IT IS SO ORDERED.

Dated:  December 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE