Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile (916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff;<br><br>    vs.<br><br>Seung Dal Hwang, et al,<br><br>         Defendants | Case No. **2:12-cv-02056-MCE-JFM**<br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

The Court reviewed Plaintiff's Request for Dismissal (ECF No. 15) and the Court's previous dismissal (ECF No. 14). IT IS SO ORDERED THAT the above-entitled action is dismissed with prejudice, as to all Defendants, pursuant to Fed. R. Civ. P. 41(a)1)(A).

DATED: January 28, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE